ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a
Shellpoint Mortgage Servicing*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

| | |
|---|---|
| SATICOY BAY LLC, SERIES 3797 MONUMENT ST,<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING, a foreign limited liability company; and DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | Case No.: 2:22-cv-00263-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Saticoy Bay LLC, Series 3797 Monument St and Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing hereby stipulate and agree that Shellpoint shall have an additional seven (7) days, up to and including **February 25, 2022**, to respond to Saticoy's complaint.

The current deadline for Shellpoint to respond is February 18, 2022.  The complaint was filed on January 18, 2022, and served on January 21, 2022.  Shellpoint removed this action to federal court on February 11, 2022.

Good cause exists to extend this deadline. Shellpoint's recently retained counsel is still investigating the facts and legal assertions raised in the Saticoy's complaint.  Shellpoint requests

62123320;1

additional time to fully form its response to these allegations pursuant to its obligations under Federal Rule of Civil Procedure 8(b).

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 15th day of February, 2022.

| AKERMAN LLP | ROGER P. CROTEAU & ASSOCIATES, LTD |
|---|---|
| */s/ Paige Magaster*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | */s/ R. Samuel Ehlers*<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>CHRISTOPHER L. BENNER, ESQ.<br>Nevada Bar No. 8963<br>R. SAMUEL EHLERS, ESQ.<br>Nevada Bar No. 9313<br>2810 W. Charleston Boulevard, Suite 75<br>Las Vegas, NV 89102<br><br>*Attorneys for Saticoy Bay LLC, Series 3797 Monument St* |

**IT IS SO ORDERED.**

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge
          2-15-2022
DATED _____

62123320;1