ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a
Shellpoint Mortgage Servicing*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

| | |
|---|---|
| SATICOY BAY LLC, SERIES 3797 MONUMENT ST,<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING, a foreign limited liability company; and DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | Case No.: 2:22-cv-00263-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Saticoy Bay LLC, Series 3797 Monument St and Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing agree that Shellpoint shall have an additional fourteen (14) days, up to and including **March 11, 2022**, to respond to the complaint.

The current response deadline is February 25, 2022.  Saticoy Bay filed its complaint on January 18, 2022 and served on January 21, 2022.  Shellpoint removed this action to federal court on February 11, 2022.  The court granted the parties' request to extend the initial response deadline of February 18, 2022, by seven days on February 15, 2022.  ECF No. 7.

///

62358760;1

Good cause exists to extend this deadline. The foreclosure sale in this matter is currently set for March 2, 2022. Saticoy Bay moved to enjoin foreclosure, and Shellpoint opposed the motion. The court denied Saticoy Bay's emergency TRO and preliminary injunction motions on February 24, 2022. ECF No. 13. The parties continue to discuss settlement and would like an opportunity to potentially settle this matter prior to the upcoming response deadline.

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 25th day of February 2022.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD** |
|---|---|
| */s/ Paige Magaster* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> PAIGE L. MAGASTER, ESQ. <br> Nevada Bar No. 15557 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | */s/ Christopher L. Benner* <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> CHRISTOPHER L. BENNER, ESQ. <br> Nevada Bar No. 8963 <br> R. SAMUEL EHLERS, ESQ. <br> Nevada Bar No. 9313 <br> 2810 W. Charleston Boulevard, Suite 75 <br> Las Vegas, NV 89102 <br><br> *Attorneys for Saticoy Bay LLC, Series 3797 Monument St* |

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**
Case No. 2:22-cv-00263-JAD-VCF

**DATED:** 2-28-2022