1   ROGER P. CROTEAU, ESQ.
    Nevada Bar No. 4958
2   CHRISTOPHER L. BENNER, ESQ.
    Nevada Bar No. 8963
3   ROGER P. CROTEAU & ASSOCIATES, LTD
4   2810 W. Charleston Blvd., Ste. 67
    Las Vegas, Nevada 89102
5   (702) 254-7775
    (702) 228-7719 (facsimile)
6   croteaulaw@croteaulaw.com
    chris@croteaulaw.com
7   Attorneys for Plaintiff

8                      **UNITED STATES DISTRICT COURT**

9                       **FOR THE STATE OF NEVADA**

10                                  **\*\*\*\*\***

11  SATICOY BAY LLC, SERIES 3797
    MONUMENT ST,
12                                          Case No. 2:22-CV-00263-JAD-VCF
13                Plaintiff,

14  vs.
                                            **STIPULATION AND ORDER FOR**
15                                          **EXTENSION OF TIME TO RESPOND**
    NEWREZ, LLC D/B/A SHELLPOINT            **TO NEWREZ LLC MOTION TO**
16  MORTGAGE SERVICING, a foreign limited   **DISMISS AND EXPUNGE LIS**
    liability company; and DOE individuals I **PENDENS**
17  through XX; and ROE CORPORATIONS I
    through XX,
18                                          ECF Nos. 17, 18, 19
19                Defendants.

20

21       Saticoy Bay LLC, Series 3797 Monument St, a Nevada Series Limited Liability Company

22  ("Saticoy"), and NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint"), by and through

23  undersigned counsel, stipulate that Saticoy shall have through July 13, 2022, to file its response to

24  Shellpoint's Motion to Dismiss and Expunge Lis Pendens (ECF #17 and 18)

25       The parties are seeking to resolve this matter, and as such, good cause exists to grant the

26  requested extension so the parties can continue to explore settlement options.

27       This is the parties' first request for an extension of this deadline and is not intended to cause

28

                                              1

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 67 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 67 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

1  any delay or prejudice to any party.  Rather, it is intended as a firm date for the parties to either

2  resolve their dispute or move forward with this matter.  The parties do not, at this time, request the

3  court's assistance in mediating this matter

4

5       DATED this 29th day of June, 2022.

6

| AKERMAN LLP | ROGER P. CROTEAU & ASSOCIATES, LTD |
|---|---|
| /s/ Paige L. Magaster | /s/ Roger P. Croteau |
| ARIEL E. STERN, ESQ. | ROGER P. CROTEAU, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 4958 |
| NATALIE L. WINSLOW, ESQ. | CHRISTOPHER L. BENNER, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 8963 |
| PAIGE L. MAGASTER, ESQ. | 2810 W. Charleston Boulevard, Suite 67 |
| Nevada Bar No. 15557 | Las Vegas, NV 89102 |
| 1635 Village Center Circle, Suite 200 | *Attorneys for Saticoy Bay LLC, Series 3797* |
| Las Vegas, NV 89134 | *Monument St* |
| *Attorneys for NewRez LLC d/b/a* | |
| *Shellpoint Mortgage Servicing* | |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
**June 30, 2022**

2