ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
CHRISTOPHER L. BENNER, ESQ.
Nevada Bar No. 8963
ROGER P. CROTEAU & ASSOCIATES, LTD
2810 W. Charleston Blvd., Ste. 67
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
chris@croteaulaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

*****

| | |
|---|---|
| SATICOY BAY LLC, SERIES 3797 MONUMENT ST, <br><br> Plaintiff, <br><br> vs. <br><br> NEWREZ, LLC D/B/A SHELLPOINT MORTGAGE SERVICING, a foreign limited liability company; and DOE individuals I through XX; and ROE CORPORATIONS I through XX, <br><br> Defendants. | Case No. 2:22-CV-00263-JAD-VCF <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO NEWREZ LLC MOTION TO DISMISS AND EXPUNGE LIS PENDENS** <br><br> ECF Nos. 17, 18, 21 |

  Saticoy Bay LLC, Series 3797 Monument St, a Nevada Series Limited Liability Company ("Saticoy"), and NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint"), by and through undersigned counsel, stipulate that Saticoy shall have through August 3, 2022, to file its response to Shellpoint's Motion to Dismiss and Expunge Lis Pendens (ECF #17 and 18)

  The parties are seeking to resolve this matter, and as such, good cause exists to grant the requested extension so the parties can continue to explore settlement options. The parties have made progress since the last extension, with the anticipated outcome being a dismissal of all claims

1

in this matter.

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party. Rather, it is intended as a firm date for the parties to either resolve their dispute or move forward with this matter. This will be the final request for an extension. The parties do not, at this time, request the court's assistance in mediating this matter

DATED this 12th day of July, 2022.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD** |
|---|---|
| */s/ Paige L. Magaster* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> PAIGE L. MAGASTER, ESQ. <br> Nevada Bar No. 15557 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br> *Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | */s/ Christopher L. Benner* <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> CHRISTOPHER L. BENNER, ESQ. <br> Nevada Bar No. 8963 <br> 2810 W. Charleston Boulevard, Suite 67 <br> Las Vegas, NV 89102 <br> *Attorneys for Saticoy Bay LLC, Series 3797 Monument St* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
**DATED: July 12, 2022**

2