ARIEL STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SATICOY BAY LLC, SERIES 3797 MONUMENT ST,<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | Case No.: 2:22-cv-00263-JAD-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>**ECF Nos. 17, 18, 26** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

65930326;1

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Saticoy Bay LLC, Series 3797 Monument St and NewRez LLC d/b/a Shellpoint Mortgage Servicing, by and through their respective counsel of record, hereby agree to dismiss all claims brought by Saticoy against Shellpoint with prejudice, each party to bear its own attorneys' fees and costs.

DATED this 17th day of August, 2022.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD** |
|---|---|
| By: */s/ Paige L. Magaster*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing, LLC* | By: */s/ Christopher L. Benner*<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>CHRISTOPHER L. BENNER, ESQ.<br>Nevada Bar No. 8963<br>2810 W. Charleston Boulevard, Suite 67<br>Las Vegas, NV 89102<br><br>*Attorneys for Saticoy Bay LLC, Series 3797 Monument St* |

## ORDER

Based on the parties' stipulation **[ECF No. 26]** and good cause appearing, and because that stipulation resolves all claims between all parties, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  All pending motions **[ECF Nos. 17, 18] are DENIED as moot.**  The Clerk of Court is directed to CLOSE THIS CASE.

_____
**UNITED STATES DISTRICT COURT JUDGE**
**DATED:**  August 18, 2022